**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Ramita D Chotu | Case No.: 11–48847 EDJ 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 10/18/11 dismissing the above−captioned case.

Dated: 10/18/11

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 15