# Notice Recipients

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Martha G. Bronitsky | 13trustee@oak13.com |
| aty | Joseph S. Chun | jchun@mccarthyholthus.com |
| aty | Margaret Lowrie | margaret_lowrie@yahoo.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Ramita D Chotu | 3767 Park Place | Pittsburg, CA 94565 | |
| cr | Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, its assignees and/or successors    c/o McCarthy &Holthus, LLP    1770 Fourth Avenue    San Diego, CA 92101 | | | |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 12092518 | American Express | American Express Special Research | Po Box 981540 | El Paso, TX 79998 |
| 12092519 | Bank Of America | Attention: Recovery Department | 4161 Peidmont Pkwy. | Greensboro, NC 27410 |
| 12092520 | Bank Of America, N.a. | 4161 Piedmont Pkwy | Greensboro, NC 27410 | |
| 12092521 | Bank Of America, N.a. | 450 American St | Simi Valley, CA 93065 | |
| 12092522 | Cbsj Financial Corp. | 99 W Tasman Dr | San Jose, CA 95134 | |
| 12092524 | Chase | Po Box 1093 | Northridge, CA 91328 | |
| 12092523 | Chase | Po Box 24696 | Columbus, OH 43224 | |
| 12092525 | Citibank Usa | Citicorp Credit Services/Attn: Centraliz | Po Box 20363 | Kansas City, MO 64195 |
| 12092526 | City Ntl Bk | Attn: Bankruptcy | Po Box 785057 | Orlando, FL 32878 |
| 12092527 | Credit Bureau Associat | P. O Box 150 | Fairfield, CA 94533 | |
| 12092528 | Ctbk/gardner | Hsbc Retail Services/Attn: Bankruptcy De | Po Box 5263 | Carol Stream, IL 60197 |
| 12092529 | Dsnb Macys | 9111 Duke Blvd | Mason, OH 45040 | |
| 12092530 | Fashion Bug/soanb | Po Box 84073 | Columbus, GA 31908 | |
| 12174510 | GE Money Bank | c/o B–Line, LLC | MS 550   PO Box 91121 | Seattle, WA 98111–9221 |
| 12092531 | GEMB / Mervyns | Attention: Bankruptcy | Po Box 103104 | Roswell, GA 30076 |
| 12092533 | Gemb/JC Penny | Attention: Bankruptcy | Po Box 103104 | Roswell, GA 30076 |
| 12092532 | Gemb/gap | Po Box 965005 | Orlando, FL 32896 | |
| 12092534 | Gemb/m Wards | Po Box 981400 | El Paso, TX 79998 | |
| 12092535 | Hsbc Bank | Attn: Bankruptcy | Po Box 5895 | Carol Stream, IL 60197 |
| 12092536 | Hsbc/bsbuy | Po Box 15519 | Wilmington, DE 19850 | |
| 12092537 | Hsbc/bstby | Po Box 15519 | Wilmington, DE 19850 | |
| 12092538 | Onyx Acceptance Corp | C/O Tsys Debt Management | Po Box 5155 | Norcross, GA 30091 |
| 12092539 | Rash Curtis &Associat | 190 S Orchard Ave Ste 25 | Vacaville, CA 95688 | |
| 12092540 | Sallie Mae | Po Box 9500 | Wilkes Barre, PA 18773 | |
| 12092541 | Stanisccontr | 914 14th St | Modesto, CA 95353 | |
| 12163553 | Stanislaus Credit Control Service, Inc. | P.O. Box 480 | Modesto, CA 95353 | |
| 12092542 | Stpc/cbsd | CitiCards Private Label Bankruptcy | Po Box 20483 | Kansas City, MO 64195 |
| 12092543 | Toyota Motor Credit | Toyota Financial Services | Po Box 8026 | Cedar Rapids, IA 52408 |
| 12092544 | Toyota Motor Credit Co | Toyota Financial Services | Po Box 8026 | Cedar Rapids, IA 52408 |
| 12092545 | Victoria's Secret | Attention: Bankruptcy | Po Box 182686 | Columbus, OH 43218 |
| 12092546 | Wakovia | Attn: Bankruptcy | 4101 Wiseman Blvd | San Antonio, TX 78251 |

TOTAL: 37